Potential Class Members Who Timely Requested Exclusion From the Settlement Class

| No. | Name | Listed Owner / Guarantor For |
|---|---|---|
| 1 | DON E ADAMS III | ADAMS TRANSITIONS MHT LLC |
| 2 | ADEEL AFZAL | AFZAL HOME VISITS MHT, LLC |
| 3 | HEALING INTERNAL MEDICINE CLINIC PLLC | AFZAL HOME VISITS MHT, LLC |
| 4 | CELESTINE ALIPUI VAN LARE | ALIPUI VAN LARES TRANSITIONS MHT LLC |
| 5 | CELESTINE ALIPUI VAN LARE, MD, P.A. | ALIPUI VAN LARES TRANSITIONS MHT LLC |
| 6 | DOUGLAS ALORGBEY | ALORGBEY TRANSITIONS MHT LLC |
| 7 | SABINA AMIN | AMIN TRANSITIONS MHT LLC |
| 8 | MOHAMMAD AMIR | AMIR MHT LLC |
| 9 | JUAN ASUAJE | ASUAJE TRANSITIONS MHT, LLC |
| 10 | ANAND BALASUBRAMANIAN | BALASUBRAMANIAN MHT LLC |
| 11 | ANAND BALASUBRAMANIAN, MD PA | BALASUBRAMANIAN MHT LLC |
| 12 | ALI A BHURIWALA | BHURIWALA TRANSITIONS MHT, LLC |
| 13 | HOSPITAL DOCS, P. A. | BHURIWALA TRANSITIONS MHT, LLC |
| 14 | JOE POUZAR | CLFP MHT LLC |
| 15 | LINDA POUZAR | CLFP MHT LLC |
| 16 | ROOSEVELT DANIEL | DANIEL TRANSITIONS MHT LLC |
| 17 | GUSTAVO DAY | DAY HOME VISITS MHT LLC |
| 18 | ADULT MEDICAL CARE, P.A. | FRISCO TRANSITIONS MHT LLC |
| 19 | MALIK SAEED | FRISCO TRANSITIONS MHT LLC |
| 20 | GIOVANNI BAULA | GB WELLNESS MHT LLC |
| 21 | LORNA GOBER | GOBER TRANSITIONS MHT LLC |
| 22 | JASON MARTIN | GPS TRANSITIONS MHT LLC |
| 23 | ANTONIO GUZMAN | GUZMAN TRANSITIONS MHT, LLC |
| 24 | RICHARD HANNIGAN | HANNIGAN TRANSITIONS MHT, LLC |
| 25 | J&K PHYSICIANS GROUP, LLC | HEFNER TRANSITIONS MHT, LLC |
| 26 | JONATHAN HEFNER | HEFNER TRANSITIONS MHT, LLC |
| 27 | RICHARD L INGRIM | INGRIM MHT, LLC |
| 28 | BRIAN KANATZAR | KANATZAR TRANSITIONS MHT LLC |
| 29 | MICHAEL YU | KATY TRANSITIONS MHT, LLC |
| 30 | WEI WANG | KATY TRANSITIONS MHT, LLC |
| 31 | RAJESH KEDAR | KEDAR HOME VISITS MHT, LLC |
| 32 | ELISA LAFOUNTAIN | LAFOUNTAIN TRANSITIONS MHT LLC |
| 33 | ANTONIO J. N. LYKOS, D.O., P.A. | LYKOS TRANSITIONS MHT, LLC |
| 34 | ANTONIO LYKOS | LYKOS TRANSITIONS MHT, LLC |
| 35 | TOKS MACARTHY | MACARTHY TRANSITIONS MHT LLC |
| 36 | FRANK MADLA | MADLA TRANSITIONS MHT, LLC |
| 37 | MURTAZA MAHESRI | MAHESRI MHT LLC |
| 38 | PLUS CARE, P.A. | MAHESRI MHT LLC |
| 39 | RAVI PATEL | MESQUITE TRANSITIONS MHT LLC |
| 40 | GARFIELD MILLER | MILLER TRANSITIONS MHT, LLC |
| 41 | JOSHUA MORRIS | MORRIS TRANSITIONS MHT LLC |
| 42 | XAVIER J MUNOZ | MUNOZ MHT, LLC |
| 43 | XAVIER J. MUNOZ, D.O. P.A. | MUNOZ MHT, LLC |
| 44 | MICHAEL NACOL | NACOL HOME VISITS MHT, LLC |
| 45 | AMITO CHANDIWAL | NOOR-CHANDIWAL ACTT MHT, LLC |
| 46 | MEDICAL ASSOCIATES OF KATY, PLLC | NOOR-CHANDIWAL ACTT MHT, LLC |
| 47 | SOHAIL NOOR | NOOR-CHANDIWAL ACTT MHT, LLC |
| 48 | SOHAIL NOOR, M.D., P.A. | NOOR-CHANDIWAL ACTT MHT, LLC |
| 49 | CLAYTON RAMSUE | PARAGON MOBILE HEALTH MHT, LLC |
| 50 | SHEIL PATEL | PATEL TRANSITIONS MHT, LLC |
| 51 | CURTIS CHEEKS JR | PRIMARY CARE PLUS MHT, LLC |
| 52 | RAFAEL SANTANA | SANTANA TRANSITIONS MHT, LLC |
| 53 | THADDAEUS MAY | SHERWOOD TRANSITIONS MHT, LLC |
| 54 | AYHAM SHNEKER | SHNEKER TRANSITIONS MHT LLC |

Exhibit 1

Potential Class Members Who Timely Requested Exclusion From the Settlement Class

| No. | Name | Listed Owner / Guarantor For |
|---|---|---|
| 55 | DOMINIC SRESHTA | SRESHTA-OPARA ACTT MHT, LLC |
| 56 | EMMANUEL OPARA | SRESHTA-OPARA ACTT MHT, LLC |
| 57 | HIMALAYA VENTURES, LP | SRESHTA-OPARA ACTT MHT, LLC |
| 58 | STAR OF INDIA MANAGEMENT, LLC | SRESHTA-OPARA ACTT MHT, LLC |
| 59 | TEXAS INPATIENT CONSULTANTS, LLLP | SRESHTA-OPARA ACTT MHT, LLC |
| 60 | JOHN A STARTZ | STARTZ HOME VISITS MHT LLC |
| 61 | CLAUDIA C GALLARDO | SUN CITY ENVISION HEALTHCARE SERVICES, INC. |
| 62 | JOSE CARMONA JR | SUN CITY ENVISION HEALTHCARE SERVICES, INC. |
| 63 | JUAN CARMONA | SUN CITY ENVISION HEALTHCARE SERVICES, INC. |
| 64 | ASIF SYED | SYED TRANSITIONS MHT, LLC |
| 65 | NORTHWEST INTERNAL MEDICINE & GERIATRICS, PA | SYED TRANSITIONS MHT, LLC |
| 66 | MEDICAL ASSOCIATES OF VICKSBURG, PLLC | VICKSBURG MEDICAL TEAMS MHT LLC |
| 67 | NAZ WAHAB | WAHAB TRANSITIONS MHT LLC |
| 68 | NAZ WAHAB M.D. P.C. | WAHAB TRANSITIONS MHT LLC |
| 69 | HAROLD DAVID WILLS | WILLS TRANSITIONS MHT, LLC |
| 70 | KYLE WINKLER | WINKLER TRANSITIONS MHT LLC |
| 71 | HOLLADAY, RENDA JOY (Dkt. 86) | Hermosa Home Visits MHT, LLC |
| 72 | AURAND, JAMES (Dkt. 85) | AURAND HOME VISITS MHT, LLC |

Exhibit 1