Cash Settlement Consideration Due From Members of Subclasses One and Two

| No. | Name(s) of Subclass Members Jointly and Severally Liable for Payment of Cash Settlement Consideration | Listed Owner(s) / Guarantor(s) For | Cash Settlement Consideration | Monthly Settlement Payment Amount |
|---|---|---|---|---|
| 1 | 4C Medical Group, PLC (Subclass 1) | 4C MHT, LLC | $85,900.50 | $1,431.68 |
| 2 | RICHARDSON PRIMARYCARE CLINIC LLC (Subclass 1) | AMIR MHT LLC | $85,900.50 | $1,431.68 |
| 3 | WHITEHOUSE, DENNIS (Subclass 1); DENNIS WHITEHOUSE, INC. (Subclass 1) | DENNIS WHITEHOUSE MHT, LLC | $85,900.50 | $1,431.68 |
| 4 | GIOVANNI BAULA, M.D., LLC (Subclass 1) | GB WELLNESS MHT LLC | $85,900.50 | $1,431.68 |
| 5 | ZOHARY, HOSSAM (Subclass 1) | H. ZOHARY TRANSITIONS MHT LLC | $85,900.50 | $1,431.68 |
| 6 | HOELSCHER, JAY M. (Subclass 1); JAY M. HOELSCHER, M.D., P.A. (Subclass 1) | HOELSCHER HOME VISITS MHT LLC | $85,900.50 | $1,431.68 |
| 7 | CHAN, COLIN (Subclass 1); WEST COAST PRIMARY CARE, LLC (Subclass 1) | INTEGRITY MHT LLC | $85,900.50 | $1,431.68 |
| 8 | KIM, DANIEL (Subclass 1) | KIM TRANSITIONS MHT LLC | $85,900.50 | $1,431.68 |
| 9 | LEDBETTER, JOHN (Subclass 1) | LEDBETTER HOME VISITS MHT LLC | $85,900.50 | $1,431.68 |
| 10 | MANN, CHRISTOPHER (Subclass 1) | MANN TRANSITIONS MHT LLC | $85,900.50 | $1,431.68 |
| 11 | MCPHERSON, MICHAEL (Subclass 1); MICHAEL MCPHERSON, M.D., PA (Subclass 1) | MCPHERSON MHT, LLC | $85,900.50 | $1,431.68 |
| 12 | MELBY, DEREK (Subclass 1) | MELBY TRANSITIONS MHT LLC; MELBY TRANSITIONS MHT PLLC | $85,900.50 | $1,431.68 |
| 13 | MONROY, ANWAR (Subclass 1); ANWAR S. GERGES MD PLLC (Subclass 1) | MONROY MHT, LLC | $85,900.50 | $1,431.68 |
| 14 | NGUYEN, JOHNATHAN (Subclass 1) | NGUYEN TRANSITIONS MHT LLC | $85,900.50 | $1,431.68 |
| 15 | LARTCHENKO, SERGE (Subclass 1); SERGE LARTCHENKO, M.D., PLLC (Subclass 1) | NTX ID & WOUND CARE MHT LLC | $85,900.50 | $1,431.68 |
| 16 | ORELLANA, MIGUEL (Subclass 1); MIGUEL ORELLANA M.D., P.A. (Subclass 1) | ORELLANA TRANSITIONS MHT LLC | $85,900.50 | $1,431.68 |
| 17 | PAREKH, SOHAIL (Subclass 1); SOHAIL PAREKH INTERNAL MEDICINE & GERIATRIC CARE, P.A. (Subclass 1) | PAREKH MHT LLC | $85,900.50 | $1,431.68 |
| 18 | JASON EDWARD PETERS, M.D., P.A. (Subclass 1); PETERS, JASON (Subclass 2) | PETERS CHRONIC MHT LLC | $85,900.50 | $1,431.68 |
| 19 | PACHORI, ZUBIN (Subclass 1) | PREMIER TRANSITIONS MHT LLC | $85,900.50 | $1,431.68 |
| 20 | SALCEDO, VICTOR (Subclass 1) | SALCEDO TRANSITIONS MHT LLC | $85,900.50 | $1,431.68 |
| 21 | SPANGLER, GARY (Subclass 1); SPANGLER MEDICAL ENTERPRISES, PA (Subclass 1) | LONE STAR HOME VISITS MHT LLC | $85,900.50 | $1,431.68 |
| 22 | TENORIO, RUBEN (Subclass 1) | TENORIO HOME VISITS MHT LLC | $85,900.50 | $1,431.68 |
| 23 | WALKER, MELISSA (Subclass 1) | WALKER HOME VISITS MHT LLC | $85,900.50 | $1,431.68 |
| 24 | AKIODE, OLADIMEJI (Subclass 2) | AKIODE TRANSITIONS MHT LLC | $85,900.50 | $1,431.68 |
| 25 | ASADI, SHAHRAM DANIEL (Subclass 2) | ASADI TRANSITIONS MHT LLC | $85,900.50 | $1,431.68 |
| 26 | BAIRD, STEVEN (Subclass 2) | BAIRD TRANSITIONS MHT LLC | $85,900.50 | $1,431.68 |
| 27 | BELAY, TILAHUN (Subclass 2) | BELAY TRANSITIONS MHT LLC | $85,900.50 | $1,431.68 |
| 28 | BHAGIA, PRITI (Subclass 2) | BHAGIA HOME VISITS MHT PLLC | $85,900.50 | $1,431.68 |
| 29 | BLAIR, MATTHEW (Subclass 2) | BLAIR TRANSITIONS MHT LLC | $85,900.50 | $1,431.68 |
| 30 | CHIEN, LAWRENCE (Subclass 2) | CHIEN TRANSITIONS MHT LLC | $85,900.50 | $1,431.68 |
| 31 | CHON, STEVEN (Subclass 2) | CHON TRANSITIONS MHT LLC | $85,900.50 | $1,431.68 |
| 32 | COX, JASON (Subclass 2) | COX TRANSITIONS MHT LLC | $85,900.50 | $1,431.68 |
| 33 | MADHAV, VENKATESH (Subclass 2) | DATTA TRANSITIONS MHT LLC | $85,900.50 | $1,431.68 |
| 34 | DELLA VECCHIA, JASON (Subclass 2) | DELLAVECCHIA TRANCARE MHT LLC | $85,900.50 | $1,431.68 |
| 35 | FRANKENFELD, ERIC (Subclass 2) | FRANKENFELD HOME VISITS MHT LLC | $85,900.50 | $1,431.68 |
| 36 | GEORGE, BRANNON (Subclass 2); BRANNON GEORGE, M.D., PLLC (Subclass 2) | GEORGE TRANSITIONS MHT LLC | $85,900.50 | $1,431.68 |
| 37 | HANSEN, DAVID (Subclass 2) | HANSEN MHT LLC | $85,900.50 | $1,431.68 |
| 38 | HARRALSON, THOMAS (Subclass 2) | HARRALSON TRANSITIONS MHT LLC | $85,900.50 | $1,431.68 |
| 39 | HASSAN, AHMED (Subclass 2) | HASSAN TRANSITIONS MHT LLC | $85,900.50 | $1,431.68 |
| 40 | KHAN, AKHTAR (Subclass 2) | KHAN TRANSITIONS MHT LLC | $85,900.50 | $1,431.68 |
| 41 | KNUTSON, JAMES (Subclass 2) | KNUTSON TRANSITIONS MHT LLC | $85,900.50 | $1,431.68 |
| 42 | LATTERMAN, LESLIE (Subclass 2) | LATTERMAN TRANSITIONS MHT LLC | $85,900.50 | $1,431.68 |
| 43 | GOYTIA-LEOS, DINA (Subclass 2) | LEOS HOME VISITS MHT LLC | $85,900.50 | $1,431.68 |
| 44 | NAIDU, RAJA (Subclass 2) | NAIDU MHT LLC | $85,900.50 | $1,431.68 |
| 45 | PAMGANAMAMULA, MADHU (Subclass 2); ODESSA CONSULTANTS, PLLC (Subclass 2) | PAMGANAMAMULA MHT LLC | $85,900.50 | $1,431.68 |
| 46 | POLICARPIO, DANILO (Subclass 2) | POLICARPIO TRANSITIONS MHT LLC | $85,900.50 | $1,431.68 |
| 47 | SAGEL, ANTHONY (Subclass 2) | SAGEL TRANSITIONS MHT LLC | $85,900.50 | $1,431.68 |
| 48 | VADYALA, VIKRAM (Subclass 2) | VADYALA TRANSITIONS MHT LLC | $85,900.50 | $1,431.68 |
| 49 | YU, HAORAN (Subclass 2); HAORAN YU, MD, PA (Subclass 2) | YU HOME VISITS MHT LLC | $85,900.50 | $1,431.68 |
| 50 | KHAN, ANILA (Subclass 2); 786 MEDICAL PLLC (Subclass 2) | ZMANS CHRONIC MHT LLC | $85,900.50 | $1,431.68 |

Exhibit 2